UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:21-cv-23569-DLG

PASTOR CAPO,

    Plaintiff,

v.

IHG MANAGEMENT (MARYLAND) LLC,

    Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Parties, Plaintiff, Pastor Capo, and Defendant, IHG Management (Maryland) LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its / her own attorney's fees and costs.

**Dated**: March 3, 2022

Respectfully Submitted,

*/s/ Max L. Horowitz*
Anthony M. Georges-Pierre
Florida Bar No.: 533637
E-Mail: agp@rgpattorneys.com
Max L. Horowitz
Florida Bar No.: 118269
E-Mail: mhorowitz@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

*Attorneys for Plaintiff*

*/s/ Alex Drummond*
Alex Drummond
Florida Bar No.: 0038307
E-mail: adrummond@seyfarth.com
**SEYFARTH SHAW LLP**
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Attorneys for Defendant*